IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERTO NUNEZ, : | |
|     Petitioner : | |
|     v. : | Case No. 3:22-cv-82-KAP |
| WARDEN, F.C.I. LORETTO, : | |
|     Respondent : | |

### Memorandum Order

On or about May 25, 2022, petitioner, an inmate at F.C.I. Loretto, submitted a habeas corpus petition attacking the Bureau of Prisons' sentence calculation.

No filing fee or motion to proceed *in forma pauperis* was filed with the petition. The Clerk shall mark this matter administratively closed (that is not a dismissal) until petitioner pays the filing fee or files a valid motion to proceed *in forma pauperis* that complies with the Prison Litigation Act (one that includes a certified copy of his inmate account statement for the most recent six months).

In accordance with the case management system in place in this district, this case has been preliminarily assigned to me. If petitioner wants to continue with this suit he shall complete an election form (enclosed) either consenting to jurisdiction by a Magistrate Judge (me) with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference back to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals) and shall file the form with the Clerk when he pays the filing fee or files his motion to proceed *in forma pauperis*.

DATE: May 26, 2022

                                            Keith A. Pesto,
                                            United States Magistrate Judge

Notice by U.S. Mail to:

    Alberto Nunez, Reg. No. 57628-039
    F.C.I. Loretto
    P.O. Box 1000
    Cresson, PA 16630